UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIO QUIÑONES,

    PLAINTIFF,

VS.                                                Case No. 6:23-CV-903

TYPTAP INSURANCE COMPANY,

    DEFENDANT.

_____/

## **COMPLAINT**

COMES NOW, Plaintiff, MARIO QUIÑONES (hereinafter "Plaintiff"), by and through the undersigned attorney, and sues the Defendant, TYPTAP INSURANCE COMPANY (hereinafter referred to as "Defendant"), a corporation authorized and doing business in the State of Florida and alleges as follows:

1. This is an action for damages more than fifty thousand dollars ($50,000.00), exclusive of interest, costs and attorneys' fees, and is otherwise within the jurisdictional limits of this Court.

2. That at all times material hereto the Plaintiff was and is a resident of Orange County, Florida and/or is the owner of property located in Orange County that is the subject of this lawsuit, and is otherwise *sui juris*.

3. That at all times material hereto to the Defendant was and is an insurance corporation transacting and/or doing business in the State of Florida and in Orange County, Florida.

4. That at all times material hereto, Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida.

5. That at all times material hereto, in consideration of premiums paid by Plaintiff to Defendant, there was in full force and effect the insurance policy bearing policy number 12-1031074-06 (hereinafter the "Policy"). A copy of the policy is attached hereto as Exhibit "A."

6. Under the terms of the Policy, Defendant insured Plaintiff against certain losses to Plaintiff's property located at 814 Thalia Dr, Orlando, FL 32807 (hereinafter the "Property"), including coverage for damage to dwelling, other structures, personal property, and for loss of use.

7. On or about 9/28/2022, while the Policy was in full force and effect, the Property was damaged as a result of a covered loss caused by flooding, resulting in sudden and direct physical loss to the Property (hereinafter the "Loss").

8. Defendant assigned claim number 12-3012923-22 to the Loss.

9. Plaintiff furnished Defendant with timely notice of the loss, proof of the claim, and has otherwise performed all conditions precedent to recover under the Policy and under the applicable Florida Statutes.

10. Defendant, however, has failed and continues to fail to pay either all or part of Plaintiff's covered claim for damages caused by the Loss.

## COUNT I—BREACH OF CONTRACT

Plaintiff readopts, re-alleges, and re-avers Paragraphs 1—10 above as if fully stated herein, and further alleges as follows:

11. Defendant breached the Policy contract by failing to pay the full amount of insurance benefits due and owing to Plaintiff.

12. As a direct and proximate result of Defendant's breach of the Policy, Plaintiff has sustained damages which are due and owing to Plaintiff under the terms of the Policy as a result of the Loss.

13. Plaintiffs has been damaged by Defendant's breach of the Policy by not having been compensated for the damages.

14. As a direct and proximate result of Defendant's actions, Plaintiff has been obligated to engage the undersigned attorney for the prosecution of this action and has become obligated to pay them a reasonable fee for their services in this action.

15. Plaintiff is entitled to an award of Plaintiff's attorneys' fees and costs pursuant to Section 627.428, Florida Statutes and/or Section 626.9373, Florida Statutes, or other applicable Florida law.

WHEREFORE, Plaintiff(s), MARIO QUIÑONES, demands judgment against Defendant, TYPTAP INSURANCE COMPANY, for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorneys' fees and costs pursuant to Section 627.428 or Section 626.9373, Florida Statutes, or other applicable law.

## DEMAND FOR JURY TRIAL

Plaintiff(s), MARIO QUIÑONES, demands trial by jury of all issues triable as a matter of right by jury.

**Premier Property Law PLLC**
*Attorney for Plaintiff(s)*
1314 East Las Olas Blvd, Suite 1004
Fort Lauderdale, Florida 33301
Telephone (954) 233-0120
Primary Email: jd@premproplaw.com
Secondary Email: cs@premproplaw.com
Tertiary Email: team@premproplaw.com

By: /s Joshua Durocher
Joshua Durocher, Esq.
Florida Bar No. 1017792

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served with the Summons and Complaint on Defendant.