# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIO QUINONES,**

      **Plaintiff,**

v.                                                                          Case No: 6:23-cv-903-PGB-LHP

**TYPTAP INSURANCE COMPANY,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed June 22, 2023 (Doc. 10) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Typtap Insurance Company are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 23, 2023.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties